No. 71–1456. SALYER LAND CO. ET AL. *v.* TULARE LAKE BASIN WATER STORAGE DISTRICT. Appeal from D. C. E. D. Cal. [Probable jurisdiction noted, 408 U. S. 920.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 71–1192. GOLDSTEIN ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. [Certiorari granted, 406 U. S. 956.] Motion of respondent for leave to file supplemental brief after argument granted.

No. 71–1637. CITY OF BURBANK ET AL. *v.* LOCKHEED AIR TERMINAL, INC., ET AL. Appeal from C. A. 9th Cir. [Probable jurisdiction noted, *ante,* p. 840.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of appellants granted and 15 minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.

No. 72–146. HUNTER, DBA COURIER *v.* UNITED STATES, *ante,* p. 934. Respondent requested to file response to motion for leave to file petition for rehearing within 30 days.

No. 72–552. SATIACUM *v.* WASHINGTON. Sup. Ct. Wash. The Solicitor General is invited to file a brief expressing the views of the United States in this case. Reported below: 80 Wash. 2d 492, 495 P. 2d 1035.

No. 72–679. UNITED MINE WORKERS OF AMERICA ET AL. *v.* YABLONSKI ET AL. C. A. D. C. Cir. Motion of Paul R. Connolly, Esquire, and Earl C. Dudley, Jr., Esquire, of Washington, D. C., members of the Bar of this Court, for leave to withdraw as counsel for petitioners granted.